**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
SAMANTHA COX ERIGIO,              )  NO. EDCV 12-02215 SS
                                  )
              Plaintiff,          )
                                  )
         v.                       )
                                  )     JUDGMENT
CAROLYN W. COLVIN,                )
Commissioner of the Social        )
Security Administration,          )
                                  )
              Defendant.          )
_____)
```

   IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: October 10, 2013

                                    ____/S/_____
                                    SUZANNE H. SEGAL
                                    UNITED STATES MAGISTRATE JUDGE